# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| POWER EQUIPMENT MAINTENANCE, INC, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| | ) Case No. CV413-055 |
| | ) |
| AIRCO POWER SERVICES, INC.; AIRCO INDUSTRIAL SERVICES, INC.; RONNIE ONOFRY; AND TROY BURROWS, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Defendants Airco Power Services, Inc., Airco Industrial Services, Inc., Ronnie Onofry, and Troy Burrows move the Court to stay discovery pending resolution of their motion to dismiss or transfer. Doc. 30. Plaintiff's response is due June 10, 2013. In the meantime, defendants also move for leave to file a sur-reply brief. Doc. 29. That motion is **DENIED** as moot. Litigants in this Court are free to file as many briefs as they want, whenever they want. *Podger v. Gulfstream Aerospace Corp.*, 212 F.R.D. 609, 609 (S.D.Ga.2003) ("parties may file as many reply briefs as they want"); *Pattee v. Georgia Ports Authority*, 477 F. Supp. 2d

1272, 1274-75 (S.D. Ga. 2007). However, see S.D. Ga. Loc. R 7.6 ("A party intending to file a reply brief shall immediately so notify the Clerk and shall serve and file the reply within seven (7) calendar days of service of the opposing party's last brief").[1]

**SO ORDERED** this 3rd day of June, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] This Rule exists for the benefit of the Court and not the opposing party. It explicitly -- and thus primarily -- speaks of notifying *the Clerk* (and thus this Court), and not an opposing party (Fed. R. Civ. P. 5 and S.D. GA. LOC. R. 5.1 address notice to opposing parties). The Rule's intent is simply to avoid the filing of Court opinions and reply briefs on the same day. A Rule 7.6 notice thus lets the *Court* know to hold off on issuing an Order so the reply briefer's effort is not wasted.