FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2013 JUL 15 AM 11: 11
SAVANNAH DIVISION

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| POWER EQUIPMENT MAINTENANCE, INC., | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| AIRCO POWER SERVICES, INC.; AIRCO INDUSTRIAL SERVICES, INC.; RONNIE ONOFRY; and TROY BURROWS; | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

CASE NO. CV413-55

## O R D E R

Before the Court is Plaintiff Power Equipment Maintenance, Inc.'s Notice of Voluntary Dismissal. (Doc. 44.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _15th_ day of July 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA