FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 15 AM 11: 11
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| POWER EQUIPMENT MAINTENANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRCO POWER SERVICES, INC.; AIRCO INDUSTRIAL SERVICES, INC.; RONNIE ONOFRY; and TROY BURROWS; <br><br> Defendants. | CASE NO. CV413-55 |

## O R D E R

Before the Court is Plaintiff Power Equipment Maintenance, Inc.'s Notice of Voluntary Dismissal. (Doc. 44.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA